UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61859-CIV-SINGHAL

AZIZ M ABDELAZIZ,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC. *et al.*,

    Defendants.

_____/

## ORDER ON JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC

**THIS CAUSE** is before the Court on the Joint Notice of Settlement with Regards to Trans Union LLC. (DE [46]). The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. All deadlines and hearings applicable to Defendant Trans Union LLC are **CANCELLED**.

2. The parties shall file a stipulation for dismissal as to Defendant Trans Union LLC **within twenty-one (21) days** of this Order.

3. If the parties fail to complete the expected settlement, any party may notify the Court.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of May 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF